Jeffrey I. Hasson                                    Honorable Ronald B. Leighton
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for Defendant Allianceone Receivables Management, Inc.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JANICE KROUS, | Case No.: 3:09-CV-05131-RBL |
| Plaintiff, | ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. |
| vs. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | |
| Defendant. | |

COMES NOW Defendant Allianceone Receivables Management, Inc. ("ARM"), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint and demand for jury trial as follows:

I.  ANSWER

1.1.     denies the allegations contained in Paragraph I of Plaintiff's Complaint

1.2.     admits the allegations contained in Paragraph 2.1 of Plaintiff's Complaint.

1.3.     admits Plaintiff obtained credit from Citibank/Home Depot, and is now in default, and denies the remaining allegations contained in Paragraph 2.2 of Plaintiff's Complaint.

1.4.     lacks sufficient information to determine the truth or falsity of the allegations

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 1
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  in paragraph 2.3 of plaintiff's complaint, and, therefore, denies the allegations contained in

2  Paragraph 2.3 of Plaintiff's Complaint.

3      1.5.    admits the allegations contained in Paragraph 2.4 of Plaintiff's Complaint.

4      1.6.    admits the allegations contained in Paragraph 2.5 of Plaintiff's Complaint.

5      1.7.    admits ARM made attempts to collect an assigned account from Plaintiff, and

6  denies the remaining allegations contained in Paragraph 2.6 of Plaintiff's Complaint.

7      1.8.    admits the allegations contained in Paragraph 2.7 of Plaintiff's Complaint.

8      1.9.    admits this Court has venue and jurisdiction, and denies liability, and,

9  therefore, denies the remaining allegations contained in Paragraph 3.1 of Plaintiff's Complaint

10     1.10.    denies the allegations contained in Paragraph 3.2 of Plaintiff's Complaint.

11     1.11.    lacks sufficient information to determine the truth or falsity of the allegations

12 in paragraph 4.1 of plaintiff's complaint, and, therefore, denies the allegations contained in

13 Paragraph 4.1 of Plaintiff's Complaint.

14     1.12.    lacks sufficient information to determine the truth or falsity of the allegations

15 in paragraph 4.2 of plaintiff's complaint, and, therefore, denies the allegations contained in

16 Paragraph 4.2 of Plaintiff's Complaint.

17     1.13.    lacks sufficient information to determine the truth or falsity of the allegations

18 in paragraph 4.3 of plaintiff's complaint, and, therefore, denies the allegations contained in

19 Paragraph 4.3 of Plaintiff's Complaint.

20     1.14.    ARM admits it was assigned an account against Plaintiff for collection, and denies

21 the remaining allegations contained in paragraph 4.4 of Plaintiff's Complaint.

22     1.15.    ARM denies the allegations contained in Paragraph 4.5 of Plaintiff's Complaint.

23     1.16.    denies the allegations contained in Paragraph 4.6 of Plaintiff's Complaint.

24     1.17.    denies the allegations contained in Paragraph 4.7 of Plaintiff's Complaint.

25     1.18.    denies the allegations contained in Paragraph 4.8 of Plaintiff's Complaint.

26     1.19.    ARM denies the allegations contained in Paragraph 4.9 of Plaintiff's Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 2
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   1.20.     denies the allegations contained in Paragraph 4.10 of Plaintiff's Complaint.

2   1.21.     denies the allegations contained in Paragraph 4.11 of Plaintiff's Complaint.

3   1.22.   ARM denies the allegations contained in Paragraph 4.12 of Plaintiff's Complaint.

4   1.23.   ARM denies the allegations contained in Paragraph 4.13 of Plaintiff's Complaint.

5   1.24.     denies the allegations contained in Paragraph 4.14 of Plaintiff's Complaint.

6   1.25.     denies the allegations contained in Paragraph 4.15 of Plaintiff's Complaint.

7   1.26.   ARM admits and denies paragraph 5.1 as set forth in paragraphs 1.1 to 1.25 of this
8   Answer.

9   1.27.     denies the allegations contained in Paragraph 5.2 of Plaintiff's Complaint.

10  1.28.     admits the allegations contained in Paragraph 5.3 of Plaintiff's Complaint.

11  1.29.     admits the allegations contained in Paragraph 5.4 of Plaintiff's Complaint.

12  1.30.     denies the allegations contained in Paragraph 5.5 of Plaintiff's Complaint.

13  1.31.     denies the allegations contained in Paragraph 5.6 of Plaintiff's Complaint.

14  1.32.   ARM admits and denies paragraph 6.1 as set forth in paragraphs 1.1 to 1.31 of this
15  Answer.

16  1.33.     denies the allegations contained in Paragraph 6.2 of Plaintiff's Complaint.

17  1.34.     denies the allegations contained in Paragraph 6.3 of Plaintiff's Complaint.

18  1.35.     denies the allegations contained in Paragraph 6.4 of Plaintiff's Complaint.

19  1.36.     denies the allegations contained in Paragraph 6.5 of Plaintiff's Complaint.

20  1.37.     denies the allegations contained in Paragraph 6.6 of Plaintiff's Complaint.

21  1.38.     denies the allegations contained in Paragraph 6.7 of Plaintiff's Complaint.

22  1.39.     denies the allegations contained in Paragraph 6.8 of Plaintiff's Complaint.

23  1.40.     denies the allegations contained in Paragraph 6.9 of Plaintiff's Complaint.

24  1.41.     denies the allegations contained in Paragraph 6.10 of Plaintiff's Complaint.

25  1.42.     denies the allegations contained in Paragraph 6.11 of Plaintiff's Complaint.

26  1.43.   ARM admits and denies paragraph 7.1 as set forth in paragraphs 1.1 to 1.42 of this

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 3
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1 Answer.

2     1.44. denies the allegations contained in Paragraph 7.2 of Plaintiff's Complaint.

3     1.45. denies the allegations contained in Paragraph 7.3 of Plaintiff's Complaint.

4     1.46. denies the allegations contained in Paragraph 7.4 of Plaintiff's Complaint.

5     1.47. denies the allegations contained in Paragraph 7.5 of Plaintiff's Complaint.

6     1.48. denies the allegations contained in Paragraph 7.6 of Plaintiff's Complaint.

7     1.49. denies the allegations contained in Paragraph 7.7 of Plaintiff's Complaint.

8     1.50. denies the allegations contained in Paragraph 7.8 of Plaintiff's Complaint.

9     1.51. denies the allegations contained in Paragraph 7.9 of Plaintiff's Complaint.

10     1.52. ARM admits and denies paragraph 8.1 as set forth in paragraphs 1.1 to 1.51 of this

11 Answer.

12     1.53. denies the allegations contained in Paragraph 8.2 of Plaintiff's Complaint.

13     1.54. denies the allegations contained in Paragraph 8.3 of Plaintiff's Complaint.

14     1.55. denies the allegations contained in Paragraph 8.4 of Plaintiff's Complaint.

15     1.56. denies the allegations contained in Paragraph 8.5 of Plaintiff's Complaint.

16     1.57. denies the allegations contained in Paragraph 8.6 of Plaintiff's Complaint.

17     1.58. denies the allegations contained in Paragraph 8.7 of Plaintiff's Complaint.

18     1.59. denies the allegations contained in Paragraph 8.8 of Plaintiff's Complaint.

19     1.60. ARM admits and denies paragraph 9.1 as set forth in paragraphs 1.1 to 1.59 of this

20 Answer.

21     1.61. denies the allegations contained in Paragraph 9.2 of Plaintiff's Complaint.

22     1.62. denies the allegations contained in Paragraph 9.3 of Plaintiff's Complaint.

23     1.63. denies the allegations contained in Paragraph 9.4 of Plaintiff's Complaint.

24     1.64. denies the allegations contained in Paragraph 9.5 of Plaintiff's Complaint.

25     1.65. denies the allegations contained in Paragraph 9.6 of Plaintiff's Complaint.

26     1.66. denies the allegations contained in Paragraph 9.7 of Plaintiff's Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 4
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.67.    denies the allegations contained in Paragraph 9.8 of Plaintiff's Complaint.

1.68.    denies the allegations contained in Paragraph 9.9 of Plaintiff's Complaint.

1.69.    denies the allegations contained in Paragraph 9.10 of Plaintiff's Complaint.

1.70.    ARM admits and denies paragraph 10.1 as set forth in paragraphs 1.1 to 1.69 of this Answer.

1.71.    denies the allegations contained in Paragraph 10.2 of Plaintiff's Complaint.

1.72.    denies the allegations contained in Paragraph 10.3 of Plaintiff's Complaint.

1.73.    denies the allegations contained in Paragraph 10.4 of Plaintiff's Complaint.

1.74.    denies the allegations contained in Paragraph 10.5 of Plaintiff's Complaint.

1.75.    denies the allegations contained in Paragraph 10.6 of Plaintiff's Complaint.

1.76.    denies the allegations contained in Paragraph 10.7 of Plaintiff's Complaint.

1.77.    denies the allegations contained in Paragraph 10.8 of Plaintiff's Complaint.

1.78.    denies the allegations contained in Paragraph 10.9 of Plaintiff's Complaint.

1.79.    Except as so admitted, ARM denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, the ARM alleges the following affirmative defenses.

2.1.    **Failure to State Claims**.

2.2.    **Lack of Subject Matter Jurisdiction**.

2.3.    **Waiver**.

2.4.    **Bona Fide Error.**  Without admitting any violation, if any violation of the FDCPA occurred, it was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## III. PRAYER

Wherefore having fully answered Plaintiff's complaint, having interposed affirmative defenses and counterclaims, the            prays for the following relief:

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 5
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    3.1.    Dismissal of the Action with prejudice, and with costs and attorney fees to ARM.

2    3.2.    For such other and further relief as October be provided by law.

3    Dated March 16, 2009.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@dhlaw.biz

*Attorney for Defendant ARM*

---

ANSWER, AND AFFIRMATIVE DEFENSES OF DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC. - 6
Case No. 3:09-CV-05131-RBL
m:\1200\1158\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124