

09-CV-05131-M

Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com

Attorney for Plaintiff, JANICE KROUS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANICE KROUS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | NO. 3:09-CV-05131-RBL<br><br>MOTION AND ORDER OF DISMISSAL |

**COMES NOW** the parties and stipulating and agreeing to the entry of this Order of Dismissal, the Plaintiff being represented by ~~his~~ her psc attorney, Robert Mitchell, and the Defendant by its attorney Jeffrey Hasson, the parties having stipulated and agreed to the entry of this order NOW, THEREFORE, it is hereby

**OREDERED, ADJUDGED AND DECREED** that the claims of the Plaintiff shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees. It is further

MOTION AND ORDER OF DISMISSAL     1     Law Office of Robert Mitchell
901 N. Monroe, Suite 356
Spokane, WA 99201
(509) 327-2224    Fax 327-3374

**ORDERED, ADJUDGED AND DECREED** that the claims of the Defendant for or against the Plaintiff and/or its counsel heretofore arising shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.

ENTERED this 23rd day of April, 2009.

_____
Judge/~~Court Commissioner~~

Presented by:

S//Robert Mitchell                                         DATED: 4-22-09
Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA 99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchelllaw@yahoo.com
Attorney for Plaintiff

Notice of presentment waived:

S//Jeffrey Hasson                                          DATED: 4-22-09
Jeffrey I. Hasson (WSBN 23741)
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR 97230
Telephone: 503-255-5352
Facsimile: 503-255-6124
Email: hasson@dhlaw.biz
Attorney for Defendant

MOTION AND ORDER OF DISMISSAL          2

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2009, I electronically filed the foregoing (Motion and Order of Dismissal); with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following Defendants:

**ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**; through its attorney: **JEFFREY HASSON** at: 12707 N.E. Halsey Street, Portland, Oregon, 97230, Hasson@dhlaw.biz

Dated this 22 day of April, 2009.

Respectfully submitted,


S/ Robert Mitchell
ROBERT MITCHELL (WSBN 37444)
ATTORNEY AT LAW, PLLC
901 North Monroe Street, Ste 356
Spokane, Washington 99201
Telephone: (509) 327-2224
Facsimile: (509) 327-3374
E-mail: bobmitchellaw@yahoo.com